173 So.2d 540

**HIGGINS, INC.**

v.

**Richard E. WALKER, Administrator, Division of Employment Security, Department of Labor, State of Louisiana.**

No. 47688.

April 15, 1965.

In re: F. C. Doyal, Jr., Administrator of the Division of Employment Security of the Department of Labor, State of Louisiana, applying for certiorari, or writ of review, to

the Court of Appeal, First Circuit, Parish of East Baton Rouge. 172 So.2d 152.

Writ refused. The judgment is correct.